1  RAOUL D. KENNEDY (STATE BAR NO. 40892)
   Raoul.Kennedy@skadden.com
2  RICHARD S. HORVATH, JR. (STATE BAR NO. 254681)
   Richard.Horvath@skadden.com
3  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   525 University Avenue, Suite 1100
4  Palo Alto, California 94301
   Telephone: (650) 470-4500
5  Facsimile:  (650) 470-4570

6  PAUL M. ECKLES (STATE BAR NO. 181156)
   Paul.Eckles@skadden.com
7  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   4 Times Square
8  New York, New York 10036
   Telephone: (212) 735-3000
9  Facsimile:  (212) 735-2000

10 Attorneys for Specially Appearing Defendant
   HARPERCOLLINS PUBLISHERS L.L.C.
11

12                UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
13                     SAN FRANCISCO DIVISION

14 STEVEN RIVERS, on behalf of himself and    )  CASE NO. 3:11-cv-05080-EMC
   all others similarly situated,             )
15                                            )
                   Plaintiff,                 )  STIPULATION AND [PROPOSED]
16                                            )  ORDER TO EXTEND TIME TO
           vs.                                )  RESPOND TO COMPLAINT
17                                            )
   MACMILLAN, SIMON & SCHUSTER,               )
18 HACHETTE BOOK GROUP,                       )
   HARPERCOLLINS PUBLISHERS,                  )
19 PENGUIN GROUP (USA) INC., and APPLE        )
   INC.                                       )
20                                            )
                   Defendants.                )
21                                            )
                                              )
22

**STIPULATION AND [PROPOSED ORDER]
TO EXTEND TIME TO RESPOND TO COMPLAINT**

WHEREAS, there have been multiple actions related to this case filed in both the Northern District of California and the Southern District of New York (the "Actions");

WHEREAS, the Court has entered an order in one of the related actions, *Petru, et al. v. Apple, Inc.*, *et al.* (11-cv-3892 N.D. Cal.) (the "*Petru* Action"), to extend the time to answer, move or otherwise respond to the complaint until December 15, 2011, without prejudice to the right of any party to seek a further adjustment to the schedule;

WHEREAS, for efficiency and convenience of the parties, defendants Hachette Book Group, Inc., HarperCollins Publishers L.L.C. (incorrectly sued as "HarperCollins Publishers"), Holtzbrinck Publishers, LLC d/b/a Macmillan (incorrectly sued as "Macmillan"), Penguin Group (USA) Inc., Simon & Schuster, Inc., and Apple, Inc. (collectively, "Defendants") have agreed to waive the service of summons and complaint pursuant to Fed. R. Civ. P. 4(d);

WHEREAS, the parties have agreed that the response date in this action should not come prior to the response date in the *Petru* Action;

WHEREAS, Plaintiff agrees that submission of this stipulation should be without prejudice to any defense of Defendants;

WHEREAS, there have been no other modifications to Defendants' time to answer, move or otherwise respond to the complaint in this action;

WHEREAS, this stipulation to extend the time within which Defendants have to answer, move or otherwise respond to the complaint in this action will not alter the date of any event or any deadline already fixed by Court order;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendants, as follows:

1. Defendants hereby agree to accept service of the summons and complaint in the above-captioned action;

2. Pursuant to Civil Local Rules 6-1, 6-2 and 7-12, Defendants' time to answer, move or otherwise respond to the complaint is hereby extended to December 15, 2011, without

1 prejudice to the right of any party to seek a further adjustment to the response date based on future developments;

3. If any of the Defendants that is a party to this stipulation responds to a complaint in any of the Actions prior to the time provided in this stipulation, Defendants will respond to the complaint in this action at the same time;

4. No defense of Defendants is prejudiced or waived by their submission of this stipulation; and

5. Defense counsel may file notices of appearance in this action without prejudice to their respective clients' jurisdictional or venue defenses.

DATED: October 31, 2011

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/ Raoul D. Kennedy
RAOUL D. KENNEDY

525 University Ave., Suite 1100
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

Attorneys for Specially Appearing Defendant
HARPERCOLLINS PUBLISHERS L.L.C.

I, Raoul D. Kennedy, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order to Extend Time To Respond To Complaint. In compliance with General Order 45, X.B., I attest that each of the following signatories has concurred in this filing.

SHEARMAN & STERLING LLP

By: /s/ James Donato
JAMES DONATO

Four Embarcadero Center, Suite 3800
San Francisco, California 94111
Telephone: (415) 616-1100
Facsimile: (415) 616-1199

Attorneys for Specially Appearing Defendant
HACHETTE BOOK GROUP, INC.

SIDLEY AUSTIN LLP


By:  /s/ Samuel R. Miller
   SAMUEL R. MILLER

555 California Street
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Attorneys for Specially Appearing Defendant
HOLTZBRINCK PUBLISHERS, LLC
D/B/A MACMILLAN

AKIN GUMP STRAUSS HAUER & FELD LLP


By:  /s/ Reginald D. Steer
   REGINALD D. STEER

580 California Street, Suite 1500
San Francisco, California 94104-1036
Telephone: (415) 765-9520
Facsimile: (415) 765-9501

Attorneys for Specially Appearing Defendant
PENGUIN GROUP (USA) INC.

WEIL, GOTSHAL & MANGES LLP


By:  /s/ Gregory D. Hull
   GREGORY D. HULL

201 Redwood Shores Parkway
Redwood Shores, California 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Specially Appearing Defendant
SIMON & SCHUSTER, INC.

|   |   |
|---|---|
| 1 | GIBSON, DUNN & CRUTCHER LLP |
| 2 |   |
| 3 | By: /s/ Daniel S. Floyd |
|   | DANIEL S. FLOYD |
| 4 |   |
| 5 | 333 South Grand Avenue |
|   | Los Angeles, CA 90071-3197 |
|   | Telephone: (213) 229-7148 |
| 6 | Facsimile: (213) 229-7520 |
| 7 | Attorneys for Specially Appearing Defendant |
|   | APPLE INC. |
| 8 |   |
|   | GIRARD GIBBS LLP |
| 9 |   |
| 10 |   |
|   | By: /s/ Amy M. Zeman |
| 11 | AMY M. ZEMAN |
| 12 | 601 California St. |
|   | 14th Floor |
| 13 | San Francisco, CA 94108 |
|   | Telephone: (415) 981-4800 |
| 14 | Facsimile: (415) 981-4846 |
| 15 | Attorneys for Plaintiff |
| 16 | PURSUANT TO STIPULATION, IT IS SO ORDERED. |
| 17 | Dated: 11/2 , 2011 |
| 18 | By: |
|   | Hon. Edward M. Chen |
| 19 | U.S. DISTRICT JUDGE |

*IT IS SO ORDERED*
Judge Edward M. Chen
(United States District Court, Northern District of California seal)